B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Daniel Dhondt**
Debtor(s)

Case No. **09-31786-lbr**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714 | Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714 | Capital One Acct Ending in 7774 | Disputed | 5,627.63 |
| Capital One<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | Capital One<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | Miscellaneous Credit Card Purchases | Disputed | 4,281.64 |
| Chase Bank USA, NA<br>c/o MCM Midland Credit Mgmt, Inc.<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | Chase Bank USA, NA<br>c/o MCM Midland Credit Mgmt, Inc.<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | Miscellaneous Credit Card Purchases | Disputed | 10,287.40 |
| FIA Card Servi es, N.A. -Bank of America<br>Johnson Riddle & Mark, LLC<br>PO Box 7811<br>Sandy, UT 84091-7811 | FIA Card Servi es, N.A. -Bank of America<br>Johnson Riddle & Mark, LLC<br>PO Box 7811<br>Sandy, UT 84091-7811 | Miscellaneous Credit Card Purchases | Disputed | 7,158.00 |
| GMAC Mortgage<br>PO Box 79182<br>City of Industry, CA 91716 | GMAC Mortgage<br>PO Box 79182<br>City of Industry, CA 91716 | 1763 Narragansett Circle, South Lake Tahoe, CA 96150<br>3 Bedroom/2 Bathroom; Approx. 1,400 sq. ft | Disputed | 54,574.00<br>(343,135.00 secured)<br>(324,632.12 senior lien) |
| Indymac Federal Bank<br>PO Box 78826<br>Phoenix, AZ 85062-8826 | Indymac Federal Bank<br>PO Box 78826<br>Phoenix, AZ 85062-8826 | 7033 Edwin Aldrin Circle, Las Vegas, Nevada 89145<br>4 Bedroom/2 Bathroom; Approx. 1,784 sq. ft | Disputed | 223,952.23<br><br>(145,000.00 secured) |
| Internal Revenue Service<br>Fresno, CA 93888 | Internal Revenue Service<br>Fresno, CA 93888 | 2007 Taxes (unassessed - no return) | Disputed | 129,819.96 |
| Internal Revenue Service<br>Fresno, CA 93888 | Internal Revenue Service<br>Fresno, CA 93888 | 2008 Taxes (Unassessed - no return) | Disputed | 128,611.15 |
| Internal Revenue Service<br>Fresno, CA 93888 | Internal Revenue Service<br>Fresno, CA 93888 | 1998 Taxes | | 22,798.74 |

B4 (Official Form 4) (12/07) - Cont.

In re **Daniel Dhondt**                                                                 Case No. **09-31786-lbr**
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Fresno, CA 93888 | Internal Revenue Service<br>Fresno, CA 93888 | Income Taxes | Disputed | 20,147.68 |
| Internal Revenue Service<br>Fresno, CA 93888 | Internal Revenue Service<br>Fresno, CA 93888 | 2001 Taxes | Disputed | 12,238.44 |
| Internal Revenue Service<br>Fresno, CA 93888 | Internal Revenue Service<br>Fresno, CA 93888 | 2003 Taxes | Disputed | 10,426.29 |
| Internal Revenue Service<br>Fresno, CA 93888 | Internal Revenue Service<br>Fresno, CA 93888 | 2002 Taxes | Disputed | 5,431.69 |
| Leasecomm Corporation<br>c/o Field & Associates<br>610 SW Alder Street; Suite 910<br>Portland, OR 97205 | Leasecomm Corporation<br>c/o Field & Associates<br>610 SW Alder Street; Suite 910<br>Portland, OR 97205 | Judgment | | 14,710.84 |
| Lloyd Linglebach<br>PO Box 446<br>Kamiah, ID 83536-0446 | Lloyd Linglebach<br>PO Box 446<br>Kamiah, ID 83536-0446 | Abstract of Judgment - Civil and Small Claims | Disputed | 16,077.63 |
| New York Beneficial<br>c/0 ARA<br>PO Box 60168-4009<br>Carson City, NV 89701-1216 | New York Beneficial<br>c/0 ARA<br>PO Box 60168-4009<br>Carson City, NV 89701-1216 | | Disputed | 13,237.85 |
| PHH Mortgage<br>4001 Leadenhall Road<br>Mount Laurel, NJ 08054-4611 | PHH Mortgage<br>4001 Leadenhall Road<br>Mount Laurel, NJ 08054-4611 | 807 Elliott Road, Newberg, Oregon 97132<br>3 Bedroom/1Bathroom; Approx. 1,102 sq. ft. | Disputed | 263,883.47<br><br>(208,160.00 secured) |
| Specailized Loan Servicing, LLC<br>PO Box 105219<br>Atlanta, GA 30348-5219 | Specailized Loan Servicing, LLC<br>PO Box 105219<br>Atlanta, GA 30348-5219 | 807 Elliott Road, Newberg, Oregon 97132<br>3 Bedroom/1Bathroom; Approx. 1,102 sq. ft. | Disputed | 42,391.00<br>(208,160.00 secured)<br>(263,883.47 senior lien) |
| Tru-line Surveying, Inc.<br>2333 Summers Lane<br>Klamath Falls, OR 97603-6660 | Tru-line Surveying, Inc.<br>2333 Summers Lane<br>Klamath Falls, OR 97603-6660 | Surveying/Judgment | Disputed | 4,768.58 |
| Yellow Book Pacific<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Lutherville Timonium, MD 21094-5126 | Yellow Book Pacific<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Lutherville Timonium, MD 21094-5126 | Advertising | Disputed | 4,915.79 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Daniel Dhondt**                                                                                         Case No.   **09-31786-lbr**
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Daniel Dhondt**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 14, 2009**                                    Signature  **/s/ Daniel Dhondt**
                                                                                      **Daniel Dhondt**
                                                                                      Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.