Entered on Docket
March 16, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee under the Trust Agreement for the Structured Asset Investment Loan Trust Series 2004-8
10-74745

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-31786-lbr |
|---|---|
| Daniel Dhondt | Date: 3/9/2011<br>Time: 1:30 pm |
| | Chapter 11 |
| Debtor | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Bank of America National Association as Successor by Merger to LaSalle Bank

National Association, as Trustee under the Trust Agreement for the Structured Asset Investment Loan Trust Series 2004-8, its assignees and/or successors in interest, of the subject property, generally described as 1763 Narragansett Circle, South Lake Tahoe, CA 96150.

    IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
C. Andrew Wariner
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
U.S. Trustee - LV - 11
Chapter 11 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_x\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or          \_\_x\_\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or          \_\_x\_\_ failed to respond to the document

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor